**1078-13**

# ELECTRONIC RECORD

CCA # __01-12-00361-CR__          OFFENSE:      Poss of a Controlled Substance

STYLE:  **Manuel Santos Martinez v. The State**
        **of Texas**                           PUNISHMENT:   35 rs TDCJ

                                              COUNTY:       Harris

TRIAL COURT:         262nd District Court              _____ MOTION
TRIAL COURT #:       1216791                    FOR REHEARING IS: _____
TRIAL COURT JUDGE:   The Honorable Denise        DATE: _____
                     Bradley                     JUDGE: _____
DISPOSITION:   __MODIFYAFF__
DATE:          __07/30/13__
JUSTICE:   __JUSTICE LAURA C. HIGLEY__
PC _N_
S _Y_
PUBLISH: _N_
DNP: _Y_

CLK RECORD:  _06/08/12 (1 VOL)_          SUPP CLK RECORD _01/31/13, 02/11/13_
RPT RECORD:  _06/06/12 (1 VOL)_            SUPP RPT RECORD _____
STATE BR:    _12/28/12_                    SUPP BR _____
APP BR:      _11/21/12_                    PRO SE BR _____

# IN THE COURT OF CRIMINAL APPEALS

ELECTRONIC RECORD                    CCA # __1078-13__

------------------------

____ **State's** ____ Petition          Disposition: _____
FOR DISCRETIONARY REVIEW IN CCA IS:      DATE: _____
_granted & remanded_                     JUDGE: _____
DATE: _April 16, 2014_                   SIGNED: _____   PC: _____
JUDGE: _PC_                              PUBLISH: _____   DNP: _____

------------------------

_____ MOTION FOR REHEARING IN      MOTION FOR STAY OF MANDATE IS:
CCA IS: _____ ON _____      ~~Appellants' PETITION~~ ON _____
JUDGE: _____           ~~FOR DISCRETIONARY REVIEW~~
                        JUDGE:            IS _refused_
                                         DATE _April 16, 2014_
                                         _PC_
                                                    JUDGE